# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DONNIE KAY SNEED,<br><br>        Petitioner,<br><br>        v.<br><br>FRED FOULK,<br><br>        Respondent. | No. CV 14-8386-GW (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: March 29, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE